1 | **SEYFARTH SHAW LLP**
Michael J. Burns (SBN 172614)
2 | mburns@seyfarth.com
560 Mission Street, Suite 3100
3 | San Francisco, California 94105
Telephone: (415) 397-2823
4 | Facsimile: (415) 397-8549

5 | SEYFARTH SHAW LLP
Amanda Mazin (SBN 316972)
6 | amazin@seyfarth.com
601 S. Figueroa Street, Suite 3300
7 | Los Angeles, California 90017
Telephone:   (213) 270-9600
8 | Facsimile:    (213) 270-9601

9 | Attorneys for Defendants
McKESSON MEDICAL-SURGICAL INC. and
10 | McKESSON CORPORATION

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINDY REYES-RIVERA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MCKESSON MEDICAL-SURGICAL, INC., a Virginia Corporation; MGM MCKESSON MEDICAL-SURGICAL, INC., a business entity exact form unknown; MCKESSON CORPORATION, a Delaware Corporation, and DOES 1-25, inclusive,<br><br>Defendants. | Case No. Case No. 5:25-cv-00976-JWH-SPx<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Complaint Filed:   February 18, 2025 |

**GOOD CAUSE APPEARING**, the Court hereby approves the Parties' Joint Stipulated Protective Order (docket no. 19).

**IT IS SO ORDERED.**

DATED: July 22, 2025

_____
Honorable Sheri Pym
United States Magistrate Judge